Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Louis P. Ford                                           Docket No. 95-00004-001(Erie)

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Louis P. Ford, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 25th day of October 1995, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay a $50 special assessment.
- Participate in a program of testing and treatment for drug abuse.
- Pay restitution to GTE in the amount of $20,250.

10-25-95:   Conspiracy to Defraud; 38 months' imprisonment, followed by 3 years' supervised release.
03-24-00:   Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington.
03-27-00:   Placed in state custody for testing positive for cocaine; Case made inactive.
07-03-02:   Released from state custody; Case made active.
05-26-05:   Petition signed, Judge McLaughlin; Summons to appear for show cause hearing issued and held in abeyance.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that a petition was signed on May 26, 2005, ordering that a summons for Mr. Ford to appear at a show cause hearing be issued and held in abeyance until pending charges of Aggravated Assault-Serious Bodily Injury and Aggravated Assault-Deadly Weapon were resolved. Your Petitioner reports that in the Allegheny County Court of Common Pleas on January 23, 2006, at CC No. 200412135, the charges were nolle prossed. Therefore, your Petitioner requests that the previous petition dated May 26, 2005, be withdrawn and the case closed.

PRAYING THAT THE COURT WILL ORDER that the petition dated May 26, 2005, be withdrawn and the case closed.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | Executed on    February 14, 2006 |
| _____ U.S. District Judge | _Donald A. Covington_ U.S. Probation Officer |
|  | _Roselyn Gerson_ Supervising U.S. Probation Officer |
|  | Place:    Pittsburgh, PA |